UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE R. ROSE | * | CIVIL ACTION: 06-4984 |
| | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| FIDELITY NATIONAL PROPERTY | * | |
| & CASUALTY INSURANCE CO. | * | MAG: CHASEZ |

**************************************

## ORDER

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal With Prejudice;

IT IS ORDERED that all claims against Fidelity National Property and Casualty Insurance Company in its capacity as a Write Your Own flood insurance carrier participating in the National Flood Insurance Program are hereby dismissed, with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this __9th__ day of September, 2008.

_____
DISTRICT JUDGE

1